No. 877.  EDWARD W. G. MEERS ET AL., PETITIONERS, *v.* ALBERT CHILDERS.  March 13, 1916.  Petition for a writ of certiorari to the United States Circuit Court of Appeals

for the Eighth Circuit denied. *Mr. Julian C. Wilson, Mr. Walter P. Armstrong* and *Mr. Daniel W. Baker* for the petitioners. No appearance for the respondents.